**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Humberto MORAN–TORRES,
Defendant–Appellant.**

No. 09–30253.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Nov. 17, 2009.

Helen J. Brunner, Esquire, Assistant U.S., Donald M. Reno, Jr., Esquire, Assis-

tant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Jason Brett Saunders, Law Offices of Gordon & Saunders, PLLC, Seattle, WA, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Humberto Moran–Torres appeals from his guilty-plea conviction and 17–month, two-week sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moran–Torres' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.